IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>THOMAS GAIL PEARSON,<br><br>Defendant. | CR 18–141–BLG–DLC<br><br>*SEALED* ORDER |

Before the Court is the United States' Sealed Ex Parte Motion to Dismiss

With Prejudice (Doc. 5).  The United States asserts that the Defendant's death

warrants dismissal of the indictment in this case with prejudice.  The Court agrees.

Accordingly,

IT IS ORDERED that the Motion (Doc. 5) is GRANTED and the Indictment

(Doc. 1) is DISMISSED WITH PREJUDICE.

DATED this 29ᵗʰ day of January, 2019

Dana L. Christensen, Chief Judge
United States District Court

-1-